IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MS MAGNOLIA OWNER, LLC
d/b/a MAGNOLIA WOODS,

    Plaintiff

v.

JAMASKA PAULK,[1]

    Defendant

CIVIL ACTION FILE NO.
1:17-CV-3695-ODE-CMS

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed September 26, 2017 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that this case be remanded to the Magistrate Court of Clayton County. Remand is warranted because this Court lacks jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Clayton County, Georgia.

SO ORDERED, this _26_ day of October, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Jamaska Paulk is proceeding pro se.